435 A.2d 273

Commonwealth v. Williams, R., Appellant.

Petition for Allowance of Appeal Denied Sept. 15, 1981.

Argued January 21, 1981. William P. James, for appellant; Michele A. Goldfarb, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence is affirmed.